# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gibney, John A. | District Court-Eastern District of Virginia | 08/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
701 East Broad Street
Suite 6014
Richmond, Virginia 23219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emeritus, Board of Directors | Virginia Judges and Lawyers Assistance Program |
| 2. | Adjunct Faculty Member | College of William and Mary |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | College of William and Mary salary for teaching | $2,999.97 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Hanover County Attorney's Office - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | April 14-16, 2019 | Dallas, Texas | Director's meeting | meals and lodging |
| 2. Virginia Bar Association | September 12-14 | Leesburg, Virginia | Speak at CLE | mileage, meal, and lodging |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Investment Account | | | | | | | | | |
| 2. AT&T | C | Dividend | L | T | | | | | |
| 3. Coca-Cola | A | Dividend | J | | Donated<br>(part) | | | | |
| 4. CSX | C | Dividend | M | T | Sold<br>(part) | 10/04/19 | K | E | |
| 5. | | | | | Donated<br>(part) | | | | |
| 6. PNC Financial Services Common Stock | B | Dividend | L | T | | | | | |
| 7. PPL Corp | C | Dividend | L | T | Sold<br>(part) | 12/13/19 | K | D | |
| 8. Exxon(See Part VIII, Note 1) | D | Dividend | K | T | Sold<br>(part) | 01/12/19 | K | C | |
| 9. | | | | | Sold<br>(part) | 06/05/19 | K | D | |
| 10. American Funds, AMCAP CL A | D | Dividend | M | T | | | | | |
| 11. American Funds, American Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 12. American Funds, American Mutual Fund Cl A | B | Dividend | K | T | | | | | |
| 13. American funds, Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 14. American Funds, Fundamental Investors Fund Cl A | A | Dividend | K | T | | | | | |
| 15. American Funds, New Perspective Fund Cl A | D | Dividend | M | T | | | | | |
| 16. American Funds, New World Fund CL A | A | Dividend | K | T | | | | | |
| 17. American Funds, Washington Mutual Investors Fund Cl A | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  BB&T Interest Account | A | Interest | J | T | | | | | |
| 19.  Vanguard Total Stock Mkt | A | Dividend | K | T | | | | | |
| 20.  Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 21.  Northwestern Mutual Whole Life Insurance Policy | E | Dividend | N | T | | | | | |
| 22.  IRA 1(H) | | | | | | | | | |
| 23.  -John Hancock Income Securities Trust Fund | A | Dividend | J | T | | | | | |
| 24.  -Monmouth Real Estate Investment Corp. | A | Dividend | K | T | | | | | |
| 25.  -American Funds, Amcap Cl A Fund (See Part VIII, Note 2) | A | Dividend | J | T | Sold (part) | 01/29/19 | J | | |
| 26.  -American Funds, American Balanced Cl A Fund | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 27. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 28.  -American Funds, American Mutual Fund Cl F3 | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 29.  -American Funds, Capital World -Growth and income Cl A Fund | A | Dividend | K | T | Sold (part) | 01/29/19 | J | | |
| 30.  -American Funds, Fundamental Investors Cl A Fund | A | Dividend | J | T | Sold (part) | 01/29/19 | J | | |
| 31.  -American Funds, Intermediate Bond Fund | A | Dividend | L | T | Buy | 01/28/19 | L | | |
| 32. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 33.  -American Funds, New Perspective Cl A Fund | A | Dividend | K | T | Sold (part) | 01/29/19 | J | | |
| 34. | | | | | Sold (part) | 08/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Funds, New World Cl A Fund | A | Dividend | L | T | Sold (part) | 01/28/19 | J | | |
| 36. -American Funds Growth Fund of America | A | Dividend | K | T | Sold (part) | 01/28/19 | K | | |
| 37. -American Funds, Small Cap World | A | Dividend | K | T | Sold (part) | 01/28/19 | J | | |
| 38. | | | | | Sold (part) | 08/05/19 | J | | |
| 39. -BB&T Interest Bearing Account | A | Interest | J | T | | | | | |
| 40. IRA 2(H) | | | | | | | | | |
| 41. -American Funds, Amcap Cl A Fund (See Part VIII, Note 3) | A | Dividend | L | T | Sold (part) | 01/29/19 | K | | |
| 42. -American Funds, American Balanced Cl A Fund | B | Dividend | M | T | Sold (part) | 01/29/19 | J | | |
| 43. -American Funds, American Mutual Cl A Fund | B | Dividend | M | T | Buy (add'l) | 01/29/19 | J | | |
| 44. -American Funds, Capital World -Growth and income Cl A Fund | B | Dividend | L | T | Buy (add'l) | 01/29/19 | J | | |
| 45. -American Funds, Fundamental Investors Cl A Fund | B | Dividend | L | T | Sold (part) | 01/29/19 | K | | |
| 46. -American Funds, Growth Fund of America Cl A Fund | A | Dividend | L | T | Sold (part) | 01/28/19 | J | | |
| 47. -American Funds, Intermediate Bond Fund | A | Dividend | L | T | Buy | 01/28/19 | L | | |
| 48. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 49. -American Funds, New Perspective Cl A Fund | A | Dividend | M | T | Sold (part) | 01/28/19 | J | | |
| 50. | | | | | Sold (part) | 01/28/19 | J | | |
| 51. -American Funds, New World Cl A Fund | A | Dividend | L | T | Sold (part) | 01/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Funds Small Cap World | A | Dividend | K | T | Sold (part) | 01/28/19 | J | | |
| 53. | | | | | Sold (part) | 08/05/19 | J | | |
| 54. -Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 55. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 56. -Exxon | A | Dividend | K | T | | | | | |
| 57. -Microsoft | A | Dividend | K | T | | | | | |
| 58. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 59. -Qiagen NV Regular Shares | A | Dividend | | | Sold | 10/08/19 | K | A | |
| 60. -Sector Technology Select Sector SPDR | A | Dividend | J | T | | | | | |
| 61. -Walgreen Company | A | Dividend | J | T | | | | | |
| 62. -BB&T Interest Bearing Account | A | Interest | K | T | | | | | |
| 63. IRA 3(H) | | | | | | | | | |
| 64. -Vanguard Total Stock Mkt Index | A | Dividend | L | T | | | | | |
| 65. IRA 4(W) | | | | | | | | | |
| 66. -American Funds Amcap Cl A Fund | A | Dividend | K | T | Sold (part) | 01/28/19 | J | | |
| 67. -American Funds American Balanced Fund Cl A | A | Dividend | K | T | Buy (add'l) | 01/28/19 | J | | |
| 68. | | | | | Buy (add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -American Funds American Mutual Cl A | A | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 70. | | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 71. | -American Funds Capital World Growth and Income Cl A | A | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 72. | | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 73. | -American Funds Fundamental Investors Cl A (Note 2) | A | Dividend | K | T | Sold<br>(part) | 01/28/19 | J | | |
| 74. | -American Funds Growth Fund of America Cl A | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | | |
| 75. | -American Funds Intermediate Bond Fund | A | Dividend | K | T | Buy | 01/28/19 | K | | |
| 76. | | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 77. | -American Funds New Perspective Fund Cl A | A | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 78. | | | | | | Sold<br>(part) | 08/05/19 | J | | |
| 79. | -American Funds New World Cl A | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | | |
| 80. | -American Funds American Small Cap World Cl A | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | | |
| 81. | 457 Plan (W) | | | | | | | | | |
| 82. | -Lincoln Stable Value Mutual Fund | A | Interest | L | T | | | | | |
| 83. | -Am FDS Europacific GR R4 | A | Dividend | L | T | | | | | |
| 84. | -Fidelity 500 Index | B | | M | T | Buy | 06/21/19 | M | | |
| 85. | -JP Morgan Us Equity | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -Invesco Equity Income | B | Dividend | M | T | | | | | |
| 87.   -Vanguard Mid Cap Index ADM | C | Dividend | M | T | | | | | |
| 88.   -Vanguard Total Bond | A | Dividend | K | T | | | | | |
| 89.   -Vanguard Institutional Index | D | Dividend | | | Sold | 06/21/19 | M | | |
| 90.   Virginia Credit Union Bank Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII Line 8. Exxon was inadvertently omitted from 2018 report.

2. Part VII beginning at Line 25 and following in all and purchases sales of mutual funds. The amounts in mutual funds are based in part of reinvestment of dividends. For mutual funds held in IRAs and 457 account, purchases of the funds occurred on a monthly basis over many years. Because of these facts, it is impossible to determine the precise amount of gain from a sale. No monthly purchase of any particular asset exceeded $1,000.00.

3. Part VII Line 41. IRAs 2 and 4 consist in part of rollovers from 401k plans. In 401K plans and the 457 plan, monthly purchases occurred from employer and employee contributions related to salary. This makes it impossible to determine the precise amount of gain from sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Gibney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544